**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-235 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| WILLIAM LLOYD DACUS, | |
| Defendant(s). | |

Presently before the court is the United States' motion to dismiss the criminal indictment in this matter pursuant to Federal Rule of Criminal Procedure 48(a). (Doc. # 5). Defendant William Lloyd Dacus has not responded.

The government was presented with a certified copy of the defendant's death certificate on March 2, 2016. It therefore requests that the indictment against Mr. Dacus be dismissed. The government may, with the leave of the court, dismiss an indictment, information or complaint at any time before the trial without the consent of the defendant. FED. R. CRIM. PRO. 48(a).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States' motion to dismiss the criminal indictment in this matter pursuant to Federal Rule of Criminal Procedure 48(a) (doc. # 5) be, and the same hereby is, GRANTED.

The clerk shall close the case.

DATED March 9, 2016.

_____
UNITED STATES DISTRICT JUDGE